UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 18, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:14-mj-00187-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| NELSON GUTIERREZ, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, NELSON GUTIERREZ, Case No. 2:14-mj-00187-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

____   Bail Posted in the Sum of: $75,000.00

  _X_   Unsecured Appearance Bond

  ____   Secured Appearance Bond

  _X_   (Other) Conditions as stated on the record.

  ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   8/18/2014   at   4:15 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge